**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6386**

FRANKLIN C. SMITH,

> Plaintiff - Appellant,

> v.

WILLIAM R. O'BRIEN, Virginia Beach Circuit Judge; HAROLD W. CLARKE, Director of (VDOC); SCOTT FREDERICK HALLAUER, Sentencing & Appeal Attorney,

> Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:19-cv-00266-MSD-RJK)

Submitted:  July 23, 2020                                     Decided:  July 28, 2020

Before WILKINSON, MOTZ, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Franklin C. Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Franklin C. Smith appeals the district court's order granting Smith's motion to voluntarily dismiss his 42 U.S.C. § 1983 (2018) action and dismissing the action without prejudice. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Smith's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*